UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ROBIN ANDERSON,

        Plaintiff,

v.                                                    Civil Action No. 2:18-cv-01626-DEJ

WILLIAM SCHIEFFER,
ADAM WALL,
CITY OF GLENDALE,
And
JOHN DOES 1-10,

        Defendants.

---

**PRELIMINARY PRETRIAL CONFERENCE REPORT AND DISCOVERY PLAN**

---

The Parties through their respective counsel, having reviewed this plan and conferred on November 27, 2018, hereby submit this Preliminary Pretrial Conference Report and Discovery Plan pursuant to the Court's November 16, 2018 Notice. The parties will appear by telephone for the **December 11, 2018** at 9:30 am Rule 16 scheduling conference by calling the Court's conference line at 877-848-7030 and will use access code 3866147#.

**1.** <u>**Nature of the case.**</u> Plaintiff Robin Anderson ("Anderson"), an African-American woman, alleges that on December 20, 2017 she was subjected to unlawful stop and seizure and deprived of equal protection of the laws in contravention of the Fourth and Fourteenth Amendments to the United States Constitution. (DKT. No. 1). Defendants deny the allegations. (DKT. No 11).

This Court has jurisdiction over Anderson's claims pursuant to 28 U.S.C. §§ 1331 and 1343.

**2-3.** **Amendments to pleadings and Parties to be joined.** The Parties recognize that discovery is necessary to determine the identities of the John Doe defendants and agree that it will take at least until **January 18, 2019** to amend the pleadings and add all parties.

**4.** **Discovery Plan**

**a.** **Rule 26(a)(1) disclosures.** The parties will make available by **December, 21 2018** the information required by Rule 26(a)(1).

**b.** **Discovery.** Discovery will include liability discovery and damages discovery. The Parties do not anticipate that discovery will need to be conducted in phases or otherwise limited.

**c.** **Electronically stored information.** All relevant and accessible electronically stored information will be preserved for future use in this matter in its original form. Additionally, any electronic discovery exchanged will be produced in .pdf format where feasible or some other format that facilitates meaningful use of that information. The parties reserve the right to request particular documents in native format at a later time. All requests for electronic discovery and/or for the production of electronically stored information in a format other than a .pdf will be governed by the proportionality standard set forth in Rule 26(b)(2)(C).

**d.** **Privileges and trial preparation materials.** The parties are unaware of any issues relating to claims of privilege or of protection at this time.

**e.** **Limitations on Discovery.** The Parties do not request any other modification to the discovery limitations set forth in the Federal Rules of Civil Procedure.

**f.** **Rule 16 or Rule 26(c) orders.** The Parties are unaware of any orders at this time that should be entered by the court under Rule 16(b) or (c) or Rule 26(c).

**g.** **Experts.**

Plaintiff will disclose experts in accordance with Rule 26 on or before **February 18, 2019**.

Defendants will disclose experts in accordance with Rule 26 on or before **April 18, 2019**.

Parties request that discovery close 30 days before trial.

**h.** Motions for summary judgment to be filed on or before **May 31, 2019**.

**5.** **Contemplated motions.** The Parties anticipate filing the following motions:

**a.** Defendants will likely seek summary judgment on one or more issues, including qualified immunity.

**6-7.** **Estimated length of trial.** The Parties anticipate needing a total of 4 days for trial. The case will be ready for trial by December 2019. The parties request a jury trial.

**8.** The Parties have discussed the content of the court's November 16, 2018 Notice and all matters addressed in this joint submission.

Date: November 27, 2018.

>*/s/ Mark L. Thomsen*
>Mark L. Thomsen
>State Bar No.: 1018839
>William F. Sulton
>State Bar No.: 1070600
>
>Gingras Cates & Wachs LLP
>Suite 210
>3228 Turnberry Oak Drive
>Waukesha, WI 53188
>414-778-0700
>mthomsen@gcwlawyers.com
>wsulton@gcwlawyers.com
>
>*Attorneys for Plaintiff Jordan Williams*

Date: November 27, 2018.

/s/ *John A. Wolfgang*
Gregg J. Gunta, State Bar No. 1004322
Ann C. Wirth, State Bar No. 1002469
John A. Wolfgang, State Bar No. 1045325

Gunta Law Offices, S.C.
Suite 2
9898 W Bluemound Road
Wauwatosa, WI 53226
414-291-7979
gjg@guntalaw.com
acw@guntalaw.com
jaw@guntalaw.com

*Attorneys for Defendants City of Glendale,
William Schieffer and Adam Wall*